UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIDELITY & CASUALTY CO. OF NEW YORK | CIVIL ACTION |
| VERSUS | NO: 06-2310, 06-2311, 06-2389, & 09-4483 |
| BUCK KREIHS CO., INC., ET AL. | SECTION: "A" (2) |

### ORDER

TIG Insurance Co., as successor by merger to International Insurance Co., as successor by merger to International Surplus Lines Insurance Co. (collectively "TIG"), having moved for summary judgment, and the Court having been advised that Buck Kreihs, while philosophically and personally opposed to the relief prayed for, will not be filing an opposition to the motion for summary judgment,

Accordingly;

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 141)** filed by TIG is **GRANTED**.  Coverage under the TIG policies is unambiguously excluded by the 36 month limitation. Based on the 36 month limitation, TIG does not owe coverage or a duty to defend Buck Kreihs[1] for the asbestos claims and lawsuits asserted against Buck Kreihs from 1998 through 2012, and any

---

[1] "Buck Kreihs" collectively refers to Buck Kreihs Co., Inc., SANK, Inc., and/or J.K.T. and Associates, Inc.

future asbestos lawsuits that may be filed against Buck Kreihs. Each party will bear its own costs.

December 4, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE